

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00080-CR

Johnny Ray Partain
v.
The State of Texas

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2015-DCR-631-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and an acquittal is RENDERED.

We further order this decision certified below for observance.

November 16, 2017